# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: __17-50120-crm__

__Nancy Clark Austin__ ) Judge: __C. Ray Mullins__

) Chapter: __13__

Debtor(s)

## AMENDMENT

Debtor amends ~~Petition~~ Schedule D by moving creditor, LSF9 Master Participation Trust, from Schedule D to Schedule E/F.



Dated: __1/17/17__    Signature(s): __Nancy Clark Aust__

Printed Name(s): __Nancy Clark Austin__

Address: __4579 Glenforest Dr.__
__Roswell, GA 30075__

Phone: __678-938-2751__

Fill in this information to identify your case:

Debtor 1: **Nancy Clark Austin**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 17-50120-crm

☑ Check if this is an amended filing

# Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|   | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** _____  Describe the property that secures the claim:   $_____   $_____   $_____
Creditor's Name

_____
Number    Street

_____
                                       As of the date you file, the claim is: Check all that apply.
_____                 ☐ Contingent
City       State    ZIP Code           ☐ Unliquidated
                                       ☐ Disputed

**Who owes the debt?** Check one.        **Nature of lien.** Check all that apply.
☐ Debtor 1 only                          ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only             ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another ☐ Other (including a right to offset) _____

☐ Check if this claim relates to a community debt

Date debt was incurred _____         Last 4 digits of account number __ __ __ __

**2.2** _____  Describe the property that secures the claim:   $_____   $_____   $_____
Creditor's Name

_____
Number    Street

_____                 As of the date you file, the claim is: Check all that apply.
_____                 ☐ Contingent
City       State    ZIP Code           ☐ Unliquidated
                                       ☐ Disputed

**Who owes the debt?** Check one.        **Nature of lien.** Check all that apply.
☐ Debtor 1 only                          ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only             ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another ☐ Other (including a right to offset) _____

☐ Check if this claim relates to a community debt

Date debt was incurred _____         Last 4 digits of account number __ __ __ __

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

Official Form 106D           Schedule D: Creditors Who Have Claims Secured by Property           page 1 of 3

Debtor 1 __Nancy Clark Austin_____  Case number (if known) __17-50120-crm__
            First Name   Middle Name   Last Name

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

☐ _____  Describe the property that secures the claim:   $_____   $_____   $_____
   Creditor's Name

   _____
   Number   Street

   _____
   _____
   City            State   ZIP Code

   As of the date you file, the claim is: Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

   **Who owes the debt?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this claim relates to a community debt

   **Nature of lien.** Check all that apply.
   ☐ An agreement you made (such as mortgage or secured car loan)
   ☐ Statutory lien (such as tax lien, mechanic's lien)
   ☐ Judgment lien from a lawsuit
   ☐ Other (including a right to offset) _____

   Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

☐ _____  Describe the property that secures the claim:   $_____   $_____   $_____
   Creditor's Name

   _____
   Number   Street

   _____
   _____
   City            State   ZIP Code

   As of the date you file, the claim is: Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

   **Who owes the debt?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this claim relates to a community debt

   **Nature of lien.** Check all that apply.
   ☐ An agreement you made (such as mortgage or secured car loan)
   ☐ Statutory lien (such as tax lien, mechanic's lien)
   ☐ Judgment lien from a lawsuit
   ☐ Other (including a right to offset) _____

   Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

☐ _____  Describe the property that secures the claim:   $_____   $_____   $_____
   Creditor's Name

   _____
   Number   Street

   _____
   _____
   City            State   ZIP Code

   As of the date you file, the claim is: Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

   **Who owes the debt?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this claim relates to a community debt

   **Nature of lien.** Check all that apply.
   ☐ An agreement you made (such as mortgage or secured car loan)
   ☐ Statutory lien (such as tax lien, mechanic's lien)
   ☐ Judgment lien from a lawsuit
   ☐ Other (including a right to offset) _____

   Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $_____

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page __2__ of __3__

Debtor 1  **Nancy Clark Austin**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) 17-50120-crm

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name
Number　Street
City　State　ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name
Number　Street
City　State　ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name
Number　Street
City　State　ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name
Number　Street
City　State　ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name
Number　Street
City　State　ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name
Number　Street
City　State　ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D　　Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**　　page 3 of 3

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Nancy | Clark | Austin |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 17-50120-crm
(If known)

☑ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................................... $ 165,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................................... $ 9,100.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ................................................................. $ 174,100.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................. $ 195,895.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ + $ 16,000.56

   **Your total liabilities**    $ 211,895.56

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................................................. $ 1,500.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........................................................................... $ 3,185.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| Debtor 1 | Nancy Clark Austin | | | Case number (if known) 17-50120-crm |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ 1,500.00

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**Total claim**

From Part 4 on *Schedule E/F*, copy the following:

| | |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. Total. Add lines 9a through 9f. | $ 0.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
__Atlanta__ DIVISION

IN RE: )   Case No: 17-50120-crm
)
__Nancy Clark Austin__ )   Chapter 13
)
)
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __17__ day of __Jan.__, 20__17__ I served a copy of the AMENDMENT which was filed in this bankruptcy matter on the __17th__ day of __Jan.__, 20__17__.

Mode of service (check one):    ✓ MAILED    ___ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

__Nancy J. Whaley__    __LSF9 Master Participation Trust__
Trustee                Creditor
__Standing Chapter 13 Trustee__    __c/o Caliber Home Loans__
Address                Address
__303 Peachtree Center Ave.__    __13801 Wireless Way__
__Suite 120__
__Atlanta, GA 30303__    __Oklahoma City, OK 73134__


**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: __1/17/17__    Signature:    __Nancy Clark Austin__

Printed Name:    __Nancy Clark Austin__

Address:    __4579 Glenforest Dr__

__Roswell, GA 30075__

Phone:    __678-938-2751__

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01236196 (CR) OF 01/17/2017


   ITEM  CODE  CASE            QUANTITY                       AMOUNT    BY

     1   AM2   17-50120            1                          $ 31.00   Currency
               Judge  - Judge C. Ray Mullins
               Debtor - NANCY CLARK AUSTIN
     2   CO    17-50120            7                          $  3.50   Currency
               Judge  - Judge C. Ray Mullins
               Debtor - NANCY CLARK AUSTIN


TOTAL:                                                        $ 34.50

Amount Tendered:                                        $    $ 40.50
Change Returned:                                        $    $  6.00


FROM: copies
      xxx
      xxx
```

Page 1 of 1