UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NANCY CLARK AUSTIN | : | CASE NUMBER A17-50120-CRM |
| DEBTOR | : | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO
CONFIRMATION AND MOTION TO DISMISS CASE**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

2.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible.  11 U.S.C. 1325(a)(6).

3.

As unsecured creditors will receive less than in a Chapter 7 liquidation, the plan does not comply with 11 U.S.C. Section 1325(a)(4).

4.

The plan as proposed will extend beyond sixty (60) months, to sixty six (66) months, contrary to 11 U.S.C. Section 1322(d).

5.

The Debtor has failed to provide to the Trustee a copy of the 2015 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

6.

The Trustee requests a copy of the Debtor's 2016 tax return in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. 521(1), 1325(a)(3), 1325(b)(1)(B).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

                                              Respectfully submitted,

*/mam*

/s/
Julie M. Anania, Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE  - Suite 120
Atlanta, GA  30303
(678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A17-50120-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
NANCY CLARK AUSTIN
4579 GLENFOREST DRIVE
ROSWELL, GA  30075

This the 16th day of February, 2017.


/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201