UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NANCY CLARK AUSTIN | : | CASE NUMBER A17-50120-CRM |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on March 21, 2017:**

As to whether Debtor paid $640.00 to the Trustee

As to whether Debtor provided proof of mortgage payments or escrow account

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor's plan payments remain delinquent

Debtor failed to provide proof of mortgage payments or escrow account

*Please enter an Order of Dismissal*

This the 12th day of April, 2017.

                     ___/s/_____
                     Julie M. Anania, Attorney for Chapter 13 Trustee
                     GA Bar Number 477064
                     303 Peachtree Center Ave., NE - Suite 120
                     Atlanta, GA  30303
/mam             (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A17-50120-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
NANCY CLARK AUSTIN
4579 GLENFOREST DRIVE
ROSWELL, GA  30075

This the 12th day of April, 2017.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201